UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDWIN SNELL, | Case No. CV 05-1687-GAF(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| D.L. RUNNELS, Warden, | |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: February 10, 2009

_____
Gary A. Feess
United States District Judge